LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
MELANIE JOY STEPHENSON-LAWS, ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ. (SBN 136571)
RICHARD A. LOVICH, ESQ. (SBN 113472)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237803)
BARBARA V. LAM, ESQ. (SBN 231073)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
SAN JOAQUIN GENERAL HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a department of the County of San Joaquin, a political subdivision of the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTHCARE OF CALIFORNIA, INC., a California for profit corporation; CIGNA HEALTH & LIFE INSURANCE COMPANY, a Connecticut for profit corporation; and DOES 1 - 25, INCLUSIVE,<br><br>Defendants. | Case No.: 2:16-cv-01921-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATES**<br><br>Trial Date: none set |

////

////

15067 - 1 - STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATES

1     The parties, Plaintiff SAN JOAQUIN GENERAL HOSPITAL and Defendants, CIGNA HEALTHCARE OF CALIFORNIA, INC. and CIGNA HEALTH & LIFE INSURANCE COMPANY, ("CIGNA"), through their respective attorneys of record, hereby jointly stipulate to a 120-day extension of the currently scheduled discovery deadlines as set forth below. Pursuant to Rule 16, a party may seek modification of a scheduling order, including modification of a discovery cut-off date.

    WHEREAS, on July 6, 2016, Plaintiff filed the action in state court;

    WHEREAS, on August 12, 2016, CIGNA removed the action to this Court;

    WHEREAS , on August 15, 2016, the Court issued The Initial Pre-Trial Scheduling Order setting the current deadline to complete all non-expert discovery 365 days from the filing of the original complaint in the action, i.e., July 6, 2017;

    WHEREAS, on June 20, 2017, the Court approved the Protective Order to allowing the parties to discovery relating to information that may contact trade secrets, confidential commercial, personal or financial information, and/or protected health information;

    WHEREAS, due to the number of patient claims at issue, the parties are unable to complete the discovery process prior to the July 6, 2017 deadline;

    WHEREAS, trial date has not been set;

    WHEREAS, the parties believe the extension of discovery cut-off will not affect any other deadline established by the Court;

    WHEREAS, the parties have not made any previous request to extend any discovery deadlines in this action;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel of record that:

1. The non-expert discovery cut-off deadline is extended 120 days to November 3, 2017.

IT IS SO STIPULATED.

Dated: July 3, 2017

                                  LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.

                                  By: /s/ Barbara V. Lam

                                  BARBARA V. LAM
                                  Attorneys for Plaintiff
                                  SAN JOAQUIN GENERAL HOSPITAL

Dated: July 3, 2017

                                  COLE PEDROZA LLP

                                  By: /s/ Tammy C. Weaver

                                  TAMMY C. WEAVER
                                  Attorneys for Defendant
                                  CIGNA HEALTHCARE OF
                                  CALIFORNIA, INC. and CIGNA
                                  HEALTH & LIFE INSURANCE
                                  COMPANY

Filing Attestation: I, Barbara V. Lam, hereby attest that I have received authorization for the electronic signature(s) indicated by a "conformed" signature (/s/) within this e-filed document.

## **ORDER**

GOOD CAUSE APPEARING, the Court does find good cause to extend non-expert discovery cut-off 120 days, to November 3, 2017.

IT IS SO ORDERED.

Dated: July 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE