UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a department of the County of San Joaquin, a political subdivision of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTHCARE OF CALIFORNIA, INC., a California for profit corporation; CIGNA HEALTH & LIFE INSURANCE COMPANY, Connecticut for profit corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. 2:16-cv-1921-MCE-EFB<br><br>ORDER |

On June 30, 2017, plaintiff filed a motion for a protective order, which it noticed for hearing on August 9, 2017. ECF Nos. 12, 20. Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date or, in this instance, by August 2, 2017. Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id*.

Although the deadline has passed, the docket reflects that no Joint Statement re Discovery Disagreement has been filed in connection with plaintiff's motion. Therefore, plaintiff's motion

1

1 | (ECF Nos. 12, 20) is denied without prejudice and the August 9, 2017 hearing thereon is vacated.

So Ordered.

DATED: August 3, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE